**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

SUSANNE CORDES, INDIVIDUALLY    : No. 192 WAL 2014
AND AS ADMINISTRATRIX OF THE    :
ESTATE OF EDWARD D. CORDES, SR., :
                                   : Petition for Allowance of Appeal from the
          Respondents          : Order of the Superior Court
                                     :
                                     :
            v.                    :
                                     :
                                     :
ASSOCIATES OF INTERNAL MEDICINE; :
TRI-STATE MEDICAL GROUP, P.C.;    :
TRI-STATE MEDICAL GROUP, P.C.    :
D/B/A ASSOCIATES OF INTERNAL    :
MEDICINE; ANN MARIE RAY, M.D.; AND :
MARTHA LOUISE NEWMAN, P.A.,     :
                                     :
            Petitioners           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of October, 2014, the Petition for Allowance of Appeal
is **DENIED**.

      Mr. Justice Stevens did not participate in the consideration or decision of this
matter.